[No. 4,083.]

## THE PEOPLE OF THE CITY AND COUNTY OF SAN FRANCISCO v. W. H. LADD.

RESOLUTION TO IMPROVE A STREET.—If a resolution of intention to improve a street in San Francisco provides that the street shall be improved where necessary, the Board of Supervisors acquires no jurisdiction, and the assessment is void.

APPEAL from the District Court, Twelfth Judicial District, City and County of San Francisco.

The action was brought to recover a street assessment. The defendant had judgment, and the plaintiff appealed therefrom, and from an order denying a new trial.

*W. C. Burnett* and *E. F. Preston,* for Appellant.

*J. F. Cowdery* and *Alfred Rix,* for Respondents.

By the COURT:

The resolution of intention, upon which the assessment is founded, was, among other things, that Folsom Street, from First to Second, be repaired "where necessary," and that "curbs and sidewalks thereon be reconstructed where necessary," etc.   Upon the authority of *Richardson* v. *Heydenfeldt,* 46 Cal. 68, and *People* v. *Clark, ante,* 456, the judgment and order denying a new trial are affirmed.   Remittitur forthwith.